**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

ORANGEL ANTONIO MATA SOSA,

        Plaintiff,

v.

DA VINCI DESIGNS, LLC,
ILYA ABAEV A/K/A ILYA ABAIEV,

        Defendants.

_____/

**COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, ORANGEL ANTONIO MATA SOSA, brings this action against Defendants, DA VINCI DESIGNS, LLC and ILYA ABAEV A/K/A ILYA ABAIEV, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1.      Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2.      At all times material hereto, Plaintiff ORANGEL ANTONIO MATA SOSA was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3.      At all times material hereto, Defendant, DA VINCI DESIGNS, LLC, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of home interior carpentry services, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4.      Defendant, ILYA ABAEV A/K/A ILYA ABAIEV, is a resident of Broward County, Florida and was, and now is, a manager of Defendant, DA VINCI DESIGNS, LLC, and controlled

Plaintiff's duties, hours worked, and compensation. Accordingly, ILYA ABAEV A/K/A ILYA ABAIEV was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

5.      Plaintiff ORANGEL ANTONIO MATA SOSA worked for Defendants as a carpenter.

6.      Defendants failed to pay Plaintiff the full and proper minimum-wage hourly rate for all hours worked during his employment.

7.      From on or about March 2, 2017 through on or about April 7, 2017, Plaintiff worked approximately 56 hours that were not compensated.

8.      Attached as Exhibit A is a preliminary calculation of Plaintiff's claims. These amounts may change as Plaintiff engages in the discovery process.

9.       Defendants have knowingly and willfully refused to pay Plaintiff his legally-entitled wages by failing to provide any compensation for hours that he worked.

10.     Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

11.     Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## <u>VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")</u>
## <u>ALL DEFENDANTS</u>

12.     Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-11 above as if set forth herein in full.

13.     Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

14.     Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791